

**NUMBER 13-14-00658-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**NASHIN MANOHAR,** **Appellant,**

**v.**

**PRITI MANOHAR,** **Appellee.**

---

**On appeal from the County Court at Law No. 8
of Hidalgo County, Texas.**

---

## ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

Appellant, Nashin Manohar, appealed a judgment entered by the County Court at Law No. 8 of Hidalgo County, Texas. On December 8, 2014, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant did not respond to the notice from the Clerk or pay the $195.00 filing

fee. *See id.* R. 5, 12.1(b). Accordingly, on January 22, 2015, this Court dismissed the appeal. *See Manohar v. Manohar*, 13-14-00658-CV, 2015 WL 314692, at *1 (Tex. App.—Corpus Christi Jan. 22, 2015, no. pet. h.). Currently before the Court is appellant's unopposed motion to reinstate the appeal, and upon reinstatement, abate the appeal in order for the trial court to conduct the appropriate hearing to effectuate the parties' mediated settlement agreement.

The Court, having examined and fully considered appellant's unopposed motion, is of the opinion that it should be granted. Accordingly, we grant the motion to reinstate and abate the appeal. We withdraw our previous opinion and judgment. We abate this appeal and remand this matter to the trial court in order to "permit proceedings in the trial court to effectuate the agreement." *See* TEX. R. APP. P. 42.1(a)(2)(C). The parties are instructed to report to this Court regarding the trial court proceedings on abatement and to file an appropriate motion to reinstate the appeal, or motion to dismiss the appeal, as necessary, within thirty days of the date of this order. Further, appellant is hereby directed to pay the $195.00 filing fee for this appeal within fifteen days from the date of this order.

PER CURIAM

Delivered and filed the 12th
day of February, 2015.

2